B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**R.J. Financial, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Romano's Jewelers** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4489172** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9301 Tampa Avenue**<br>**Unit 64**<br>**Northridge, CA**<br>ZIP Code **91324** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. | |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **R.J. Financial, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>
<b>Exhibit A</b>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
☐ Exhibit A is attached and made a part of this petition.
</td>
<td>
<b>Exhibit B</b>
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).
<b>X</b> _____<br>Signature of Attorney for Debtor(s)       (Date)
</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____

       (Name of landlord that obtained judgment)

       _____

       (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | R.J. Financial, Inc. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Sandford L. Frey
Signature of Attorney for Debtor(s)

Sandford L. Frey 117058
Printed Name of Attorney for Debtor(s)

Creim Macias Koenig & Frey LLP
Firm Name
633 W. Fifth Street, 51st Floor
Los Angeles, CA 90071
Address

(213) 614-1944  Fax: (213) 614-1961
Telephone Number
January 7, 2010                 117058
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Randy Abalkhad
Printed Name of Authorized Individual
President
Title of Authorized Individual
January 7, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   R.J. Financial, Inc.

Debtor(s)

Case No. _____

Chapter    11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ADY Law Group<br>1875 Century Park East Ste 1050<br>Los Angeles, CA 90067 | ADY Law Group<br>1875 Century Park East Ste 1050<br>Los Angeles, CA 90067 | | | Unknown |
| Joseph Broyles Esq<br>10100 Santa Monica Blvd 300<br>Los Angeles, CA 90067 | Joseph Broyles Esq<br>10100 Santa Monica Blvd 300<br>Los Angeles, CA 90067 | | | Unknown |
| AJs Fine Jewelry<br>1085 University Avenue<br>Berkeley, CA 94710 | AJs Fine Jewelry<br>1085 University Avenue<br>Berkeley, CA 94710 | | | 181,499.70 |
| Astra-Mechelin<br>15 West 47th St Ste 1301<br>New York, NY 10036 | Astra-Mechelin<br>15 West 47th St Ste 1301<br>New York, NY 10036 | | | 547,509.05 |
| BOE<br>12440 E Imperial Hwy Ste 201<br>Norwalk, CA 90651-0409 | BOE<br>12440 E Imperial Hwy Ste 201<br>Norwalk, CA 90651-0409 | | | 322,683.86 |
| Chimere Designs<br>550 South Hill # 850<br>Los Angeles, CA 90013 | Chimere Designs<br>550 South Hill # 850<br>Los Angeles, CA 90013 | | | 125,645.00 |
| CZ Star<br>901 East Walnut Ave<br>Burbank, CA 91501 | CZ Star<br>901 East Walnut Ave<br>Burbank, CA 91501 | | | 106,651.00 |
| Diamond Collection<br>PO Box 911<br>Alameda, CA 94501 | Diamond Collection<br>PO Box 911<br>Alameda, CA 94501 | | | 83,057.40 |
| Diamond Direct<br>145 West 45th Street<br>New York, NY 10036 | Diamond Direct<br>145 West 45th Street<br>New York, NY 10036 | | | 98,115.05 |
| Diamond Source Inc<br>550 S Hill St<br>Suite 1125<br>Los Angeles, CA 90013 | Diamond Source Inc<br>550 S Hill St<br>Suite 1125<br>Los Angeles, CA 90013 | | | 113,812.45 |
| EDD<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94230-0001 | EDD<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94230-0001 | | | 160,486.18 |

B4 (Official Form 4) (12/07) - Cont.

In re   R.J. Financial, Inc.                                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Eyov Avtalyon<br>Yahalom 1465<br>Diamond Exchange Bldg<br>Ramat Gan ISRAEL | Eyov Avtalyon<br>Yahalom 1465<br>Diamond Exchange Bldg<br>Ramat Gan ISRAEL | | | 141,340.00 |
| GE Capital<br>PO Box 31001-0275<br>Pasadena, CA 91110 | GE Capital<br>PO Box 31001-0275<br>Pasadena, CA 91110 | | | 112,888.89 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19144 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19144 | | | 600,000.00 |
| Kama Jewelry<br>10 Vishweshwar Nagar, A Wing<br>1st Floor off Aarey Road<br>Goregaon (E) Mumbai INDIA | Kama Jewelry<br>10 Vishweshwar Nagar, A Wing<br>1st Floor off Aarey Road<br>Goregaon (E) Mumbai INDIA | | | 192,168.73 |
| Krishna Diamonds<br>510 West 6th St 950<br>Los Angeles, CA 90014 | Krishna Diamonds<br>510 West 6th St 950<br>Los Angeles, CA 90014 | | | 524,260.89 |
| Mr Bracelet<br>20 W 47th St<br>Suite 1003<br>New York, NY 10036 | Mr Bracelet<br>20 W 47th St<br>Suite 1003<br>New York, NY 10036 | | | 98,842.20 |
| Shefi Diamonds<br>580 Fifth Avenue<br>Suite 1227<br>New York, NY 10035 | Shefi Diamonds<br>580 Fifth Avenue<br>Suite 1227<br>New York, NY 10036 | | | 475,535.50 |
| Simon Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | Simon Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | | | 514,499.58 |
| Tache Jewelry<br>44 40 11th Street<br>Long Island City, NY 11101 | Tache Jewelry<br>44 40 11th Street<br>Long Island City, NY 11101 | | | 117,506.36 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __January 7, 2010__                  Signature _____
                                                    Randy Abalkhad
                                                    President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   __Northridge, California_____ , California.

Dated   __January 7, 2010_____

_Randy Abalkhad_
Debtor

_____

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

Revised May 2004

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Sandford L. Frey**

Address   **633 W. Fifth Street, 51st Floor Los Angeles, CA 90071**

Telephone   **(213) 614-1944 Fax: (213) 614-1961**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**R.J. Financial, Inc.**<br>**DBA Romano's Jewelers** | Case No.: |
| | Chapter:      **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _**11**_ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **January 7, 2010**

Randy Abalkhad/President
Signer/Title

Date:   **January 7, 2010**

/s/ Sandford L. Frey
Signature of Attorney
**Sandford L. Frey**
**Creim Macias Koenig & Frey LLP**
**633 W. Fifth Street, 51st Floor**
**Los Angeles, CA 90071**
**(213) 614-1944   Fax: (213) 614-1961**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

R.J. Financial, Inc.
9301 Tampa Avenue
Unit 64
Northridge, CA 91324


Sandford L. Frey
Creim Macias Koenig & Frey LLP
633 W. Fifth Street, 51st Floor
Los Angeles, CA 90071


Office of U.S. Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA   91367

A & A Specialty Advertising
13841 Wyandotte Street
Van Nuys, CA 91405

A V Diamonds
7500 Bellaire Blvd # 333
Houston, TX 77036

Accessories LA Brea Intl Inc
5800 St Denis Suite 1206
Montreal, QUEBEC
H2S 3L5,

ADA Gems
10 West 47th St Suite # 707
New York, NY 10036

AJs Fine Jewelry
1085 University Avenue
Berkeley, CA 94710

AL Glass Mirror
1844 E New York Dr
Altadena, CA 91001

America Gold
650 S Hill Street
Suite 224
Los Angeles, CA 90014

American Ideal
637 S Hill St # D-10
Los Angeles, CA 90014

Americas Diamond
650 S Hill St Ste 224
Los Angeles, CA 90014

Artisan Square
19200 Nordhoff St
Northridge, CA 91324

Astra-Mechelin
15 West 47th St Ste 1301
New York, NY 10036

Bank of America
15910 Ventura Blvd 12th Floor
Encino, CA 91436

Bennet Block
21250 Hawthorne Blvd Ste 500
Torrance, CA 90503

Beverly Financial Group
PO Box 8070
Laguna Hills, CA 92654

BOE
12440 E Imperial Hwy Ste 201
Norwalk, CA 90651-0409

Brilliant Diamond
550 S Hill Street
Suite 891
Los Angeles, CA 90013

BSH Diamond
510 W 6th St
Suite 1001
Los Angeles, CA 90014


Bulova
PO Box 1213
Dept 14787
Newark, NJ 07101-1213


C Mahendra
45 West 45 Street
Suite 700
New York, NY 10036


CA Links Inc
610 S Broadway
10th Floor
Los Angeles, CA 90014


Chase Card
Cardmember Service
PO Box 94014
Palatine, IL 60094-4014


Chimere Designs
550 South Hill # 850
Los Angeles, CA 90013


Chuck Ullman
PO Box 8070
Laguna Hills, CA 92654


Citibusiness Card
PO Box 6309
The Lakes, NV 88901-6309

Crown Disposal
PO Box 1081
Sun Valley, CA 91352


CZ Star
901 East Walnut Ave
Burbank, CA 91501


Dannys Silver Inc
650 S Hill St
Suite 314
Los Angeles, CA 90014


David Fu
425 S San Gabriel Blvd
Suite 800
San Gabriel, CA 91776


De Lage
PO Box 41601
Philadelphia, PA 19101-1601


Dell Financial Service
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292


Diamond Collection
PO Box 911
Alameda, CA 94501


Diamond Direct
145 West 45th Street
New York, NY 10036

Diamond Source Inc
550 S Hill St
Suite 1125
Los Angeles, CA 90013


Dio Yang Design
11148 Greenlawn Ave
Culver City, CA 90230


Dynamic Design Group
22 W 48th St 1400
New York, NY 10036


Employment Development Department
PO Box 826880
MIC 92E
Sacramento, CA 94230-0001


Exxon Mobil
PO Box 688938
Des Moines, IA 50368-8938


Eyov Avtalyon
Yahalom 1465
Diamond Exchange Bldg
Ramat Gan ISRAEL,


Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


GE Capital
PO Box 31001-0275
Pasadena, CA 91110

GEM Wave
36 West 44th Street
Suite 1103
New York, NY 10036


Gemsone
25 W 45th Street
Suite 1200
New York, NY 10036


Grigoryan & Co Inc
610 S Broadway
Suite 520
Los Angeles, CA 90014


IMD Trading
606 S Hill Street # 901
Los Angeles, CA 90014


Integrated Sign
1160 Pioneer Way
Suite M
El Cajon, CA 92020-1944


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19144


JB Bridal
The Altman Law Group
8484 Wilshire Blvd # 510
Beverly Hills, CA 90211


JB Diamonds
369 San Miguel Dr # 155
Newport Beach, CA 92660

John Ohanessian
510 West 6th St # 920
Los Angeles, CA 90014


Jonny Sonbol
7605 Melrose Ave
Los Angeles, CA 90046


Joseph Broyles Esq
Law Offices of Joseph Broyles
10100 Santa Monica Blvd # 300
Los Angeles, CA 90067


Kama Jewelry
10 Vishweshwar Nagar, A Wing
1st Floor off Aarey Road
Goregaon  E  Mumbai INDIA,


Krishna Diamonds
510 West 6th St 950
Los Angeles, CA 90014


L A J Jewelry
640 S Hill St
Suite 352 - 353
Los Angeles, CA 90014


LA Creations Mfg
728 S Hill St 1200
Los Angeles, CA 90014


Leaf Financial
PO Box 643172
Cincinnati, OH 45264-3172

Low Cost Leader
7500 Bellaire Blvd
Suite 900
Houston, TX 77036


Millage Inc
1027 S Broadway St
Los Angeles, CA 90015


Mr Bracelet
20 W 47th St
Suite 1003
New York, NY 10036


Nisimov Watch Co Inc
706 S Hill St
Suite 1120
Los Angeles, CA 90014


Platinum Plus
PO Box 15469
Wilmington, DE 19886-5469


Prime Mountings Inc
650 S Hill St # L18
Los Angeles, CA 90014


Raja International
103 Divyalok 320 L D
Ruparel Marg Malabar Hill
Mumbai 4006 Maharastra INDIA,


Regency Lighting
16665 Arminta St
Van Nuys, CA 91406

S Kashi & Sons
71 West 47th Street
Suite 1403
New York, NY 10036


Sanghavi
550 S Hill St
Suite 1070
Los Angeles, CA 90013


Shefi Diamonds
580 Fifth Avenue
Suite 1227
New York, NY 10036


Sovereign
3 Huntington Quad Ste 101N
Melville, NY 11747


Tache Jewelry
44 40 11th Street
Long Island City, NY 11101


True Knotts
9757 Eton Ave
Chatsworth, CA 91311


US Bank
Cash Flow Manager
PO Box 790179


US Bank
PO Box 790408
Saint Louis, MO 63179-0408

Var Resources
PO Box 6434
Carol Stream, IL 60197-6434


Varsha Diamond
550 S Hill Suite 1153
Los Angeles, CA 90013


Vector Resources
3530 Voyager St
Torrance, CA 90503


WAMU
PO Box 60150
Los Angeles, CA 90060


Wilshire State Bank
1300 S San Pedro St # 200
Los Angeles, CA 90015


Zacks Fine Jewelry
7500 Bellaire Blvd
Suite 326
Houston, TX 77036


Simon Group
225 West Washington St.
Indianapolis, IN  46204


A David Youssefyeh
ADY Law Group
1875 Century Park East Ste 1050
Los Angeles, CA  90067